# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Caitlin Moody, <br><br> Plaintiff <br><br> vs. <br><br> Commissioner of Social Security, <br><br> Defendants. | JUDGMENT IN CASE <br><br> 1:24-cv-00175-KDB-SCR |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 15, 2025 Order.

Signed: January 15, 2025

Katherine Hord Simon, Clerk
United States District Court